AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____  **District of** _____  California

Victor Botello

Plaintiff (s),

V.

S. Hanlon, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-00162-TLN-EFB

Notice is hereby given that, subject to approval by the court, Victor Botello _____ substitutes
(Party (s) Name)

Benjamin Rudin _____, State Bar No. 292341 _____ as counsel of record in
(Name of New Attorney)

place of  Victor Botello, pro se _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Ben Rudin, Attorney & Counselor at Law

Address:  3830 Valley Centre Dr., Ste. 705, PMB 231, San Diego, CA 92130

Telephone:  (858) 256-4429 _____ Facsimile _____

E-Mail (Optional):  ben@benrudin.law

I consent to the above substitution.

Date:  5-1-18  VB  _____

_____
(Signature of Party (s))

I consent to being substituted.

Date:  5-1-15  VB  _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  4/25/2018 _____

signature on application

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  5/9/18 _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]